HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DOMINC SOLIS OLIVO,

    Plaintiff,

v.

CHRISTINE GREGOIRE, Governor, Washington State,

    Defendant.

Case No. C06-5556-RBL

ORDER DISMISSING COMPLAINT

On March 28, 2007, the Court entered an Order to Show Cause why this case should not be dismissed due to Plaintiff's failure to properly serve the Defendant pursuant to Fed.R.Civ.P. 4, Dkt. # 28. Plaintiff has attempted to serve Defendant by mailing her the Complaint, but this is not a proper method of service under Fed.R.Civ.P 4. Plaintiff has still failed to properly serve the Defendant and has not provided good cause for his failure to do so. The arguments Plaintiff raises in his responses to the Court's Order to Show Cause are irrelevant and do not rectify the improper service.  Therefore, the Complaint is dismissed without prejudice, and all pending motions are denied as moot.

DATED this 4th day of May, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1