# United States District Court

WESTERN DISTRICT OF WASHINGTON

DOMINIC SOLIS OLIVO

        v.

CHRISTINE GREGOIRE,
Governor, Washington State

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5556RBL

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

The Complaint is dismissed without prejudice, and all pending motions are denied as moot.

| | |
|---|---|
|    May 7, 2007    |    BRUCE RIFKIN    |
| Date | Clerk |
| |    *s/Caroline M. Gonzalez*    |
| | Deputy Clerk |